UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81588-CIV-CANNON

**In the matter of**,
**CHRISTOPHER MCDERMOTT**
*AS OWNER OF MOTOR VESSEL FRICKA BEARING HIN # US-SERV2147H899 FOR EXONERATION FROM OR LIMITATION OF LIABILITY*,

  Plaintiff,

v.

**ALL CLAIMANTS**
*All Claimants against McDermott or M/V Fricka Arising Out of the April 16, 2022 Voyage in the Vicinity of Palm Beach Inlet*

  Defendants.
_____/

**CHRISTOPHER MCDERMOTT**
*AS OWNER OF MOTOR VESSEL FRICKA BEARING HIN # US-SERV2147H899 FOR EXONERATION FROM OR LIMITATION OF LIABILITY*,

  Third-Party Plaintiff,

v.

**M/Y COUNTRY BOY**
*its engines, tackle, equipment, electronics, rigging, dinghies, furniture, appurtenances, etc., in rem*
and **CHRISTOPHER FOX**, *in personam*,

  Third-Party Defendants.
_____/

CASE NO. 22-81588-CIV-CANNON

## ORDER DISMISSING THIRD-PARTY PLAINTIFF'S COMPLAINT

**THIS CAUSE** comes before the Court upon Third-Party Plaintiff's Notice of Voluntary Dismissal as to Third-Party Complaint Only [ECF No. 20], filed on November 2, 2022. Pursuant to Third-Party Plaintiff's Notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is

**ORDERED AND ADJUDGED** as follows:

1. Third-Party Plaintiff's Complaint against M/Y COUNTRY BOY, *in rem*, and Captain Christopher Fox, *in personam* [ECF No. 6] is **DISMISSED WITH PREJUDICE**, effective November 2, 2022, the date on which the Third-Party Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 20].

2. The Clerk of Court shall **TERMINATE** M/Y COUNTRY BOY and Christopher Fox as Defendants in this matter.

3. This action remains **OPEN** as to Petitioner Christopher McDermott's Petition for Exoneration from or Limitation of Liability [ECF No. 1].

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, on November 2, 2022.

*[signature]*

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record